LAND FINANCE CORPORATION, Appellant, v. FRANK GIORGIO, JR., Trustee in Bankruptcy, Substituted in the Place of NOX REALTY CORPORATION and Others, Defendants, Impleaded with FRANK A. BELLUCCI, Referee, Respondent.— Order, in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The plaintiff was entitled to a return by the referee of the moneys paid by it upon the first sale. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

GEORGINA MASON, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event. The direction of a verdict in favor of the plaintiff on the ground that the affidavit of Rogers was insufficient in law was error. The affidavit complies with section 92 of the Insurance Law.* The complaint, however, may not be dismissed since the proof in the case, which the trial court apparently deemed sufficient with respect to non-payment of the premium for 1926, is too unsatisfactory to warrant its being accepted as sufficiently establishing the fact of non-payment of that premium. (Civ. Prac. Act, § 374-a.) † Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

FREDERICK N. MCLELLAN, as Administrator, etc., of MARGARET D. MCLELLAN, Deceased, Respondent, v. HAROLD A. MOOZ, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

HARRY MELDRUM, Respondent, v. SAMUEL EPSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ANNA MORGENBESSER, Respondent, v. AL TARTASKY and Others, Defendants, and FANNIE KUPSHINSKY, Appellant.— Order denying motion of defendant Kupshinsky to vacate and set aside service of summons and complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

JOHN W. MOORE, Respondent, v. DANIEL V. O'LEARY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

* Amd. by Laws of 1918, chap. 130.— [REP.
† Added by Laws of 1928, chap. 532.— [REP.
‡ Affd., 260 N. Y. 589.